# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**RICARDO BROWN, SR.,**

   *Plaintiff,*

v.   Case No.:   8:24-cv-629-WFJ-UAM

**EQUIFAX INFORMATION SERVICES, LLC,**

   *Defendant.*
_____/

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, pursuant to Local rule 3.09, and notifies this Court that the Parties have reached a settlement as to all pending claims in this case.

Dated April 10, 2024

                                               */s/ Thomas M. Bonan*
                                               Thomas M. Bonan
                                               FL Bar # 118103
                                               SERAPH LEGAL, P. A.
                                               2124 W Kennedy Blvd., Suite A
                                               Tampa, FL 33606
                                               Tel: 813-567-1230
                                               Fax: 855-500-0705
                                               tbonan@seraphlegal.com
                                               Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing

document is being served this day to counsel for Defendant, via e-notice, email, or U.S. Postal Mail First Class.

                                       /s/Thomas M. Bonan
                                       Thomas M. Bonan
                                       Florida Bar Number: 118103